UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WILLIE JORDAN, ) | |
| ) | |
| Movant, ) | |
| ) | |
| vs. ) | No. 4:02CV1429-SNL |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On July 6, 2005 the Court denied movant's motion for correction or reduction of sentence.

Jordan now requests permission to file his notice of appeal. The Court notes that in its order of July 6, 2005, no mention was made of a certificate of appealability.

**IT IS THEREFORE ORDERED** that the Court's order of July 6, 2005 is **AMENDED** in that movant is denied a certificate of appealability if he appeals the order of July 6, 2005.

**IT IS FURTHER ORDERED** that defendant's motion requesting permission to file his notice of appeal is **DENIED**.

Dated this  21st  day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE